Adam S. Affleck (#5434)
Andrew B. Clawson (#10409)
Erin M. Stone (#10107)
**PRINCE, YEATES & GELDZAHLER**
A Professional Corporation
City Centre I, Suite 900
175 East 400 South
Salt Lake City, UT 84111
Telephone: (801) 524-1000

Attorneys for Defendants Search Market Direct and Stephen S. May

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division

| | |
|---|---|
| In re<br><br>STEVE ZIMMER PAIGE,<br><br>Debtor.<br><br>GARY E. JUBBER, Trustee, and CONSUMERINFO.COM, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SEARCH MARKET DIRECT, INC., STEPHEN S. MAY, ET AL.,<br><br>Defendants. | Bankruptcy Case No. 05-34474<br>(Chapter 11)<br><br>**NOTICE OF POSTING SUPERSEDEAS CASH BOND**<br><br>Adversary Proceeding No. 06-02299 |

Defendants Search Market Direct, Inc. and Stephen S. May (together, "**SMDI**"), by and through their counsel, hereby give notice that, pursuant to the Court's *Order Determining Costs and Approving Supersedeas Bond* entered on December 18, 2009 (Dkt. No. 545), SMDI has posted a cash bond in the amount of $109,429.88 with the Clerk of the Bankruptcy Court. A

copy of the check deposited with, and the receipt issued by, the Clerk of the Court is attached hereto as Exhibit A.  The posting of this cash bond stays the monetary portion of the judgment entered in this adversary proceeding on September 18, 2009 (Dkt. No. 474) while SMDI's appeal of that judgment is pending.

      DATED this 24th day of December, 2009.

                                **PRINCE, YEATES & GELDZAHLER**
                                A Professional Corporation


                                By:    /s/ Andrew B. Clawson
                                    Adam S. Affleck
                                    Andrew B. Clawson
                                    Attorneys for Search Market Direct, Inc. and
                                    Stephen S. May

# CERTIFICATE OF SERVICE

  I hereby certify that on the 24th day of December, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to all parties whose names appear on the electronic mail notice list for this case.

  I further certify that on the 24th day of December, 2009, I caused a true and correct copy of the foregoing to be mailed via first class United States mail, postage prepaid, to each of the following recipients:

Robert E. Richards
Sonnenschein Nath & Rosenthal, LLP
7800 Sears Tower
Chicago, IL 60606
rrichards@sonnenschein.com

Mark Timothy
Pro Marketing Network, Inc.
1466 Vintry Circle
Salt Lake City, UT 84121
markjtimothy@yahoo.com

PS Net Communications
10150 Centennial Parkway, #400
Sandy, UT 84070
david@saygus.com

David Sundwall
PS Net Communications
10150 Centennial Parkway, #400
Sandy, UT 84070
david@saygus.com

Randy Conklin
644 East 13800 South
Draper, UT 84020
randyconklin@yahoo.com

                /s/  Andrew B. Clawson

g:\ems\smdi\adv. proc. appeal\notice of posting supersedeas bond.doc

-4-

# EXHIBIT A

**PRINCE YEATES & GELDZAHLER** - Salt Lake City, Utah 84111                                                     11295

Invoice Number and Date   GL Acct.                                                          12/23/09
OPER-GGM     12/23/09    5120    US Bankruptcy Ct-May-Supercedeas Bond of    ABC    015546-000008      109,429.88

000518  CLERK, U S BANKRUPTCY COURT                         109,429.88

---

| | | |
|---|---|---|
| **PRINCE YEATES & GELDZAHLER**  000518<br>**LAWYERS**<br>CITY CENTRE 1, SUITE 900<br>175 EAST FOURTH SOUTH<br>SALT LAKE CITY, UTAH 84111 | BROADWAY OFFICE<br>ZIONS FIRST NATIONAL BANK<br>310 SOUTH MAIN STREET<br>SALT LAKE CITY, UTAH 84101<br>31-5/1240<br>ACCOUNTS PAYABLE | 11295 |

PAY         **ONE HUNDRED NINE THOUSAND FOUR HUNDRED TWENTY NINE AND 88/100 DOLLARS**
TO THE
ORDER OF                                                    DATE              AMOUNT

                                                           12/23/09          *$109,429.8

    CLERK, U S BANKRUPTCY COURT

                                                      PRINCE YEATES & GELDZAHLER
                                                      _Helen Shifler_
Memo:  May/SMDI Supersedeas Bond
       ADV. PRO. NO. 06-2299

       ⑈0011295⑈ ⑆124000054⑆ 03 14183 5⑈

IC Group  800-733-4277                                                        LC

```
            UNITED STATES
        U.S. Bankruptcy Court
           District of Utah

         #  00262160 - MM
         December 23, 2009


   Code    Case #     Qty       Amount

   MISCELLA 06-2299            109,429.80 CK
     Debtor - JUBBER VS SEARCH MARKET DIRE
   CT


   TOTAL->          109,429.80


   FROM: PRINCE, YEATES & GELDZAHLER
         175 SO. 4TH SOUTH SUITE 900
         SLC, UTAH  84111
         ZFNB-11295
```